1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CARLOS URBANO** | ) | CASE NO.  2:10-CV-02007-EFB |
| | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** | ) | **TIME TO FILE SUMMARY** |
| | ) | **JUDGEMENT MOTION** |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from February 4, 2011, to March 15, 2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 4, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 4, 2011 | Benjamin B. Wagner<br>United States Attorney<br>/s/ *Daniel Talbert*<br>DANIEL TALBERT<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2