BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS URBANO | ) | CASE NO.  2:10-CV-02007-EFB |
| | ) | |
| | ) | |
| | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** | ) | **TIME TO FILE SUMMARY** |
| | ) | **JUDGEMENT MOTION** |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

Plaintiff's time to file his summary judgment is hereby extended from March 15, 2011, to April 20,

2011.  This extension is required due to plaintiff's counsel's impacted briefing schedule.  I have an older

case with a brief due this week as well as two opening briefs for the 9th Circuit.

/ / / /

/ / / /

/ / / /

1

Dated: March 15, 2011                    /s/Bess M. Brewer
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated: March 15, 2011                    Benjamin B. Wagner

                                         United States Attorney

                                         /s/ Daniel Talbert
                                         DANIEL TALBERT
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.  However, plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

DATED:  March 16, 2011.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

2