IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS URBANO,

        Plaintiff,                      No. CIV S-10-2007 EFB

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.                ORDER TO SHOW CAUSE
_____/

        The above-captioned action is proceeding before the undersigned pursuant to the consent of the parties. E.D. Cal. L.R. 305; Fed. R. Civ. P. 73. On March 17, 2011, the undersigned approved a stipulation between the parties extending the deadline for plaintiff to file a motion for summary judgment and/or remand to April 20, 2011. Dckt. No. 17. The order further provided that "given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause." *Id.* at 2.

        The docket reveals that plaintiff has not yet filed a motion for summary judgment and/or remand. Accordingly, plaintiff is ordered to show cause, in writing, on or before May 23, 2011, why he should not be sanctioned for failure to comply with the March 17, 2011 order. *See* L.R. 110 (providing that failure to comply with the Local Rules or a court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the

1

1  inherent power of the Court."). Plaintiff shall also file a motion for summary judgment and/or
2  remand on or before May 23, 2011. Failure to timely file the required writings may result in
3  dismissal and the imposition of monetary sanctions. *See* Fed. R. Civ. P. 41(b).
4     SO ORDERED.
5  DATED: May 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE