1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
7       Telephone:  (415) 977-8926
        Facsimile:  (415) 744-0134
8       E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant
10              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
11                  SACRAMENTO DIVISION

12 CARLOS URBANO,                  )    Case No. 2:10-cv-02007-EFB
13         Plaintiff,              )
   v.                             )    STIPULATION AND ORDER FOR
14                                )    THE AWARD OF ATTORNEY FEES PURSUANT
                                  )    TO THE EQUAL ACCESS TO JUSTICE ACT,
15 MICHAEL J. ASTRUE,             )    28 U.S.C. § 2412(d)
16 Commissioner of Social Security, )
           Defendant.              )
17 _____)

18        IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act

20 (EAJA) application is hereby withdrawn.

21        IT IS HEREBY STIPULATED by and between the parties through their undersigned

22 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

   EAJA in the amount of FIVE THOUSAND SEVEN HUNDRED FIFTY dollars and 0 cents
23
   ($5,750.00).  This amount represents compensation for all legal services rendered on behalf of
24
   Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §
25
   2412.
26
          After the Court issues an order for EAJA fees and expenses to Plaintiff, the government
27
   will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
28
   attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment

Stip. & Order for EAJA                    1

will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted October 4, 2011.

Respectfully submitted,

Dated: October 4, 2011                        */s/ Bess M. Brewer*
                                              (As authorized via email)
                                              BESS M. BREWER
                                              Attorney for Plaintiff


                                              BENJAMIN B. WAGNER
                                              United States Attorney


Date: October 4, 2011                   By *s/ Daniel P. Talbert*
                                           DANIEL P. TALBERT
                                           Special Assistant U. S. Attorney


                                        Attorneys for Defendant Michael J. Astrue

                                        ORDER

APPROVED AND SO ORDERED.

Dated:  October 5, 2011.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

Stip. & Order for EAJA                        2